### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **KATHLEEN SULLIVAN,** ) <br> ) <br> Defendant. ) | **8:03CR524** <br><br> **ORDER** |

Defendant Kathleen Sullivan appeared before the court on Wednesday, November 14, 2012 on a Petition for Warrant or Summons for Offender Under Supervision [47]. The defendant was represented by Attorney D. A. Drouillard and the United States was represented by Assistant U.S. Attorney Robert Sigler. Defendant was not entitled to a preliminary examination and the government did not request a detention hearing. Therefore, the defendant was released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Joseph F. Bataillion.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Joseph F. Bataillion, in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m. on December 12, 2012.** Defendant must be present in person.

2 The defendant is released on current conditions of supervision.

DATED this 14th day of November, 2012.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge